# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KATHY CASSIDY,<br>    Plaintiff,<br><br>v.<br><br>ACME CONSTRUCTORS, INC.<br>    Defendant. | )<br>)<br>)<br>)  Case No. 4:20-cv-01411-RWS<br>)<br>)<br>)<br>) |

## STIPULATED DISMISSAL OF ALL CLAIMS

Pursuant to Federal Rule of Procedure Rule 41(a)(1)(A)(ii), Plaintiff Kathy Cassidy and Defendant ACME Constructors, Inc. jointly stipulate to the dismissal with prejudice of all claims.

Dated: May 12, 2021

KAPLAN ASSOCIATES, LLC
By:   /s/Lawrence P. Kaplan
Lawrence P. Kaplan # 19782
101 South Hanley, Suite 1310
St. Louis, Missouri 63105
Telephone: (314) 863-2929
Facsimile: (314)  863-9777
lkaplan@ka-law.com
*Attorneys for Kathy Cassidy*

**HUSCH BLACKWELL LLP**
*/s/ Larissa M. Whittingham*
Larissa M. Whittingham     #69417
901 St. Louis Street, Suite 1800
Springfield, Missouri 65806
Telephone: (417) 268-4000
Facsimile: (417) 268-4040
Larissa.whittingham@huschblackwell.com
*Attorneys for Defendant Acme Constructors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed using the Court's electronic filing system on this 12th day of May 2021, which will serve all counsel of record.

*/s/Lawrence P. Kaplan*

{00040898.DOCX}HB: 4850-8086-4745.1